IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Case No:   3:09-bk-6458

**In re:**

REMONA WEAVER
EARNEST WEAVER                                              Chapter 13

**Debtors.**
_____/

## DEBTORS' AMENDED CHAPTER 13 PLAN

Pursuant to Title II, United States Bankruptcy Code, Section 1321, 1322 and 1323, the Debtor files the following Chapter 13, Plan:

1. The future earnings of the Debtor are submitted to the supervision and control of the Trustee, and the Debtor shall pay to the Trustee the sum of **$718.00** per month for months 1-36 of the Plan.

2. From the payments so received, the Trustee shall make disbursements as follows:

   A. **Priority Claims:**

   (1) The Trustee shall be paid over the life of the plan at the rate of ten percent (10%) of the total amount under the plan for THIRTY-SIX (36) months.

   (2) There are no other Priority Claims.

   B. **Secured Claims:**

1. **J.P. MORGAN CAHSE BANK, N.A.** has a security interest in debtors' 2007 Saturn Ion,, VIN 1G8AL55F97Z186126. The secured claim amount is $7,658.22.

The Trustee shall pay this creditor regular monthly payment is $348.10 until this claim is paid in full. The secured creditor will retain its lien until this claim is paid in full.

The creditor is:  Chase Auto Finance Corp.
P.O. Box 901032
Ft. Worth, TX 76101-2032

The Account Number ends in 82508

2. There are no other secured claims.

### C. Unsecured Claims:

4. All remaining creditors are general, unsecured creditors. The Trustee shall pay these unsecured creditors on a *pro rata* basis over the life of the Plan.

### D. Miscellaneous Provisions:

5. Any claims filed after the claims bar date for non-governmental creditors and for governmental creditors shall receive no distribution under this plan unless specifically provided for above. This limitation shall not apply to claims filed by the Debtor.

6. The Debtor does not reject any executory contracts.

7. Title to all property of the estate shall revest in the Debtor upon confirmation of this plan, subject to all vested liens.

8. The fees and expenses of the Trustee provided for in Paragraph A(1) are set by the United States Trustee. Should the percentage of these fees and expenses be reduced by the Office of the United States Trustee, the Debtor's monthly payment shall change accordingly to reflect the change in the Trustee's commission.

/s/Jeffrey M Hanly, Esq

Jeffrey M Hanly, Esquire
Fla. Bar #577596
4741 Atlantic Blvd. STE E-4
Jacksonville, FL 32207
904-398-1777
904-306-9951 FAX
Jeffreyhanly@gmail.com
Attorney for Debtor

**Dated this 17th day of September 2009**