IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA JACKSONVILLE DIVISION

CASE NO.: 3: 09-bk-6458-JAF
Estimated Time 5 Minutes
Conf. Hrg.: 11-3-09 @2:00 P.M.

IN RE:
REMONA WEAVER
EARNEST WEAVER
                        Debtors

## TRUSTEE'S OBJECTION TO CONFIRMATION OF DEBTORS' CHAPTER 13 PLAN

COMES NOW DOUGLAS W. NEWAY, TRUSTEE, who hereby objects to the confirmation of the Chapter 13 Plan and states:

1. Per 11 U.S.C. § §521(e)(2) and 1308, The Debtors are required to provide to the Trustee proof of filing the 2008 federal income tax return. The Debtors are in violation of the Bankruptcy Rules and Code by failing to provide that information.

2. Pursuant to 11 U.S.C. §1325(a)(4), based on the Schedules and Plan as filed, the unsecured creditors would receive a greater distribution if the estate of the Debtors was liquidated under a Chapter 7 bankruptcy.

WHEREFORE the TRUSTEE objects to confirmation of the Chapter 13 Plan.

DOUGLAS W. NEWAY, CHAPTER 13 TRUSTEE
By /s/ Marsha M. Brown
Douglas W. Neway
Florida Bar No. 0709948
Marsha M. Brown, Attorney for Trustee
Florida Bar #650064
Michael S. Waskiewicz, Attorney for Trustee
Florida Bar #693642
P.O. Box 4308
Jacksonville, Florida 32201-4308
Telephone    (904)358-6465
FAX            (904)634-0038

### CERTIFICATE OF SERVICE

I hereby certify a true and correct copy of the foregoing was served by electronic transmission, facsimile transmission and/or U.S. Mail on this 29th day of September 2009 on the following:
Remona and Earnest Weaver, 7931 Latrec Drive, Jacksonville, Florida 32221
Jeffrey Hanley, Esquire, 4811 Atlantic Blvd., Jacksonville, Florida 23207
/s/ Marsha M. Brown