IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO.: 3: 09-bk-6458-JAF

IN RE:
REMONA WEAVER
EARNEST WEAVER
_____Debtor

## ORDER SUSTAINING
## TRUSTEE'S OBJECTION TO EXEMPTIONS

This case is before the Court upon the Chapter 13 Trustee's Objection to Property Claimed Exempt by the Debtor. Upon hearing and the evidence presented, it is:

ORDERED:

1. The Trustee's objection to the claim of exemptions as listed by the Debtors is sustained.

2. Each Debtor shall be allowed a personal property exemption of $1000.00.

3. Any property above the $1000.00 limit ($2000.00 for both Debtors total) listed as exempt as personal property under Fla. Const. art X, §4(a)(2) is not exempt and is subject to claims of creditors, and/or a liquidation analysis as provided for under 11 U.S.C. §1325.

DONE AND ORDERED March 17, 2010 in Jacksonville, Florida.

_____
JERRY A. FUNK
United States Bankruptcy Judge

Copies to:
Douglas W, Neway, Chapter 13 Trustee
Debtor's Counsel
Debtor